Attest a
True Copy
Susan M. Thurston
Clerk
By
Deputy Clerk

# HldEnDis, 727OBJ, DischDenied

**CA 05 099L**

## United States Bankruptcy Court
## District of Rhode Island (Providence)
## Bankruptcy Petition #: 1:03-bk-14294

*Assigned to:* Judge Arthur N. Votolato         *Date Filed:* 12/18/2003
Chapter 7
Voluntary
No asset

| | |
|---|---|
| **Douglas Cox** | represented by **Christopher Lefebvre** |
| 75 Dewey Avenue | Law Office of Claude Lefebvre & Sons |
| East Providence, RI 02914 | PO Box 479 |
| SSN: xxx-xx-3724 | Pawtucket, RI 02862 |
| *Debtor* | (401) 728-6060 |
| | Email: clbankrupt@aol.com |

| | |
|---|---|
| **Stacy B. Ferrara** | represented by **Stacy B. Ferrara** |
| 505 Tiogue Avenue | Suite B |
| Suite B | 505 Tiogue Avenue |
| Coventry, RI 02816 | Coventry, RI 02816 |
| (401) 823-7991 | (401) 823-7991 |
| *Trustee* | Email: stacyferrara@earthlink.net |

**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/18/2003 | ●1 | Chapter 7 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 209 filed by Christopher Lefebvre of Law Office of Claude Lefebvre & Sons on behalf of Douglas Cox . Declaration re: Electronic Filing, Form P.3 Due By: 1/2/2004. (Lefebvre, Christopher) (Entered: 12/18/2003) |

| 12/18/2003 | 2 | Receipt of filing fee for Voluntary Petition (Chapter 7) - Case Upload(1:03-bk-14294) [caseupld,1027u] ( 209.00). Receipt number 0103B108506, amount $ 209.00. (U.S. Treasury) (Entered: 12/18/2003) |
|---|---|---|
| 12/18/2003 | ❷3 | First Meeting of Creditors & Notice of Appointment of Interim Trustee Stacy B. Ferrara with 341(a) Meeting to be held on 01/07/2004 at 03:00 PM at United States Trustee's Office Objections to Discharge due by 03/08/2004 (Entered: 12/18/2003) |
| 12/20/2003 | ❷4 | BNC Certificate of Mailing - PDF Document. Service Date 12/20/2003. (Related Doc # 3) (Admin.) (Entered: 12/21/2003) |
| 12/20/2003 | ❷5 | BNC Certificate of Mailing - PDF Document. Service Date 12/20/2003. (Related Doc # 3) (Admin.) (Entered: 12/21/2003) |
| 01/05/2004 | ❷6 | Declaration Re: Electronic Filing P3 (related document(s)1 Voluntary Petition (Chapter 7) - Case Upload, Voluntary Petition (Chapter 7) - Case Upload filed by Debtor Douglas Cox. (Geraghty, Amy) (Entered: 01/05/2004) |
| 01/09/2004 | ❷ | Trustee's Report of No Distribution & First Meeting Held: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. I have received no funds or property of the estate, and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office.. (Ferrara, Stacy) (Entered: 01/09/2004) |
| 01/27/2004 | ❷7 | Amended Schedules Statement of Financial Affairs Filed by Debtor Douglas Cox (related document(s)1 Voluntary Petition (Chapter 7) - Case Upload, Voluntary Petition (Chapter 7) - Case Upload filed by Debtor Douglas Cox. Declaration re: Electronic Filing, Form P.4 Due By: 2/11/2004. (Lefebvre, Christopher) (Entered: 01/27/2004) |
| 02/03/2004 | ❷8 | Declaration Re: Electronic Filing P.4 (related document(s)7 Amended Statement of Financial Affairs filed by Debtor Douglas Cox). (Davis, Jennifer) (Entered: 02/03/2004) |
| 03/08/2004 | ❷9 | Motion to Extend Time until 5/7/04 to Object to Discharge/Object to Discharge of Debt Filed by Creditor Albino Loureiro (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Douglas Cox. Objections to Motion Due: 3/22/2004. (Cory, Lucinda) (Entered: 03/08/2004) |

| 03/08/2004 | ❶ | Hold Entry of Discharge Flag Set (Cory, Lucinda) (Entered: 03/08/2004) |
| 03/08/2004 | ❶10 | Motion to Extend Time until 05/08/2004 to Object to Debtor's Discharge Filed by Trustee Stacy B. Ferrara. (Ferrara, Stacy) (Entered: 03/08/2004) |
| 03/08/2004 | ❶11 | Motion to Extend Time until May 10, 2004 to File an Objection to the Debtor's Discharge and/or a Motion to Dismiss for Substantial Abuse Filed by U.S. Trustee Leonard DePasquale. (DePasquale, Leonard) (Entered: 03/08/2004) |
| 03/17/2004 | ❶ | Objection/Response Deadline Updated (related document:10 Motion to Extend Time filed by Trustee Stacy B. Ferrara, 11 Motion to Extend Time filed by U.S. Trustee Leonard DePasquale, Clerk's Office Action Due., ) Objections to Motion Due: 3/22/2004. (Geraghty, Amy) (Entered: 03/17/2004) |
| 03/19/2004 | ❶12 | Motion for 2004 Examination *of Douglas Cox* Filed by U.S. Trustee Leonard DePasquale. Objections to Motion Due: 4/1/2004. (Attachments: # 1 Notice 2004 exam) (DePasquale, Leonard) (Entered: 03/19/2004) |
| 03/23/2004 | ❶ | Consent Filed by Debtor Douglas Cox re 12 Motion for Examination filed by U.S. Trustee Leonard DePasquale). (Lefebvre, Christopher) (Entered: 03/23/2004) |
| 03/25/2004 | ❶13 | Order Granting Motion for 2004 Examination (Related Doc # 12) . (Geraghty, Amy) (Entered: 03/25/2004) |
| 03/25/2004 | ❶14 | Order Granting Credito Alino Loureiro's Motion to Extend Time to: 5/10/04 to object to the debtor's discharge. Updated Deadline Due By:5/10/2004. (Geraghty, Amy) (Entered: 03/25/2004) |
| 03/25/2004 | ❶15 | Order Granting Trustee's Motion to Extend Time to: 5/10/04 to object to debtor's discharge. Updated Deadline Due By:5/10/2004. (Geraghty, Amy) (Entered: 03/25/2004) |
| 03/25/2004 | ❶16 | Order Granting US Trustee's Motion to Extend Time to: 5/10/04 to object to debtor's discharge . Updated Deadline Due By:5/10/2004. (Geraghty, Amy) (Entered: 03/25/2004) |
| 04/08/2004 | ❶17 | Amended Schedules B, C and Statement of Financial Affairs Filed by Debtor Douglas Cox (related document(s)1 Voluntary Petition (Chapter 7) - Case Upload, Voluntary Petition (Chapter 7) - Case Upload filed by Debtor Douglas Cox). Declaration re: Electronic |

| | | |
|---|---|---|
| | | Filing, Form P.4 Due By: 4/23/2004. (Lefebvre, Christopher) (Entered: 04/08/2004) |
| 04/12/2004 | ●18 | Declaration Re: Electronic Filing P4 (related document(s)17 Amended Schedules filed by Debtor Douglas Cox). (Cory, Lucinda) (Entered: 04/12/2004) |
| 05/07/2004 | ●19 | Motion to Extend Time until July 12, 2004 to File a complaint under 11 USC 727 and/or a motion to dismiss under 707(b) Filed by U.S. Trustee Leonard DePasquale. (DePasquale, Leonard) (Entered: 05/07/2004) |
| 05/10/2004 | ● | Objection/Response Deadline (related document:19 Motion to Extend Time filed by U.S. Trustee Leonard DePasquale. Objections to Motion Due: 5/24/2004. (Geraghty, Amy) (Entered: 05/10/2004) |
| 05/10/2004 | ●20 | Second Motion to Extend Time until 07/12/2004 to Objection to Debtor's Discharge Filed by Trustee Stacy B. Ferrara. (Ferrara, Stacy) (Entered: 05/10/2004) |
| 05/11/2004 | ● | Objection/Response Deadline (related document:20 Motion to Extend Time filed by Trustee Stacy B. Ferrara to object to debtor's discharge) Objections to Motion Due: 5/24/2004. (Geraghty, Amy) (Entered: 05/11/2004) |
| 05/11/2004 | ● | Corrective Entry Incorrect deadline set. Deadline corrected. (related document(s)19 Motion to Extend Time filed by U.S. Trustee Leonard DePasquale, Update Objection/Response Deadline (Bk)) Deadline for objections should be 5/20/04. (Geraghty, Amy) (Entered: 05/11/2004) |
| 05/11/2004 | ● | Objection/Response Deadline Updated (related document:19 Motion to Extend Time filed by U.S. Trustee Leonard DePasquale) Objections to Motion Due: 5/20/2004. (Geraghty, Amy) (Entered: 05/11/2004) |
| 05/27/2004 | ●21 | Order Granting UST's Motion to Extend Time to object to discharge: 7/12/04 . Updated Deadline Due By:7/12/2004. (Geraghty, Amy) (Entered: 05/27/2004) |
| 05/29/2004 | ●22 | BNC Certificate of Mailing - PDF Document. Service Date 05/29/2004. (Related Doc # 21) (Admin.) (Entered: 05/30/2004) |
| 06/01/2004 | ●23 | Order Granting Motion to Extend Time to: 7/12/2004 to Object to Debtor's Discharge filed by Trustee Stacy Ferrara . Updated Deadline Due By:7/12/2004. (Lanni, Christine) (Entered: 06/01/2004) |

| 06/01/2004 | ❶24 | Reaffirmation Agreement Secured by vehicle Filed by Creditor Autoone Acceptance Corporation , Debtor Douglas Cox . (Lanni, Christine) (Entered: 06/01/2004) |
|---|---|---|
| 06/03/2004 | ❶25 | BNC Certificate of Mailing - PDF Document. Service Date 06/03/2004. (Related Doc # 23) (Admin.) (Entered: 06/04/2004) |
| 07/12/2004 | ❶26 | Motion to Extend Time (523/727) until August 12, 2004 to File a 727 and or 707(b) action Filed by Leonard DePasquale. (DePasquale, Leonard) (Entered: 07/12/2004) |
| 07/12/2004 | ❶27 | Third Motion to Extend Time (523/727) until August 12, 2004 to to Object to Debtor's Discharge Filed by Stacy B. Ferrara on behalf of Stacy B. Ferrara. (Ferrara, Stacy) (Entered: 07/12/2004) |
| 07/13/2004 | ❶ | Objection/Response Deadline Updated (related document:26 Extend Time (523/727) filed by U.S. Trustee Leonard DePasquale. Objections to Motion Due: 7/26/2004. (Geraghty, Amy) (Entered: 07/13/2004) |
| 07/13/2004 | ❶ | Objection/Response Deadline Updated (related document:27 Extend Time (523/727) filed by Trustee Stacy B. Ferrara. Objections to Motion Due: 7/26/2004. (Geraghty, Amy) (Entered: 07/13/2004) |
| 07/27/2004 | ❶28 | Order Granting Motion to Extend Time (523/727) to: 8/12/04 . Updated Deadline Due By:8/12/2004. (Geraghty, Amy) (Entered: 07/27/2004) |
| 07/27/2004 | ❶29 | Corrective Entry ** (related document(s)[28] Order on Motion to Extend Time (523/727)). Entry made on docket in error - order not produced. (Geraghty, Amy) (Entered: 07/27/2004) |
| 07/28/2004 | ❶31 | Order Granting Motion to Extend Time (523/727) to: 8/12/04 . Updated Deadline Due By:8/12/2004. (Geraghty, Amy) (Entered: 07/28/2004) |
| 07/28/2004 | ❶32 | Order Granting Motion to Extend Time (523/727) to: 8/12/04 . Updated Deadline Due By:8/12/2004. (Geraghty, Amy) (Entered: 07/28/2004) |
| 07/30/2004 | ❶33 | BNC Certificate of Mailing - PDF Document. Service Date 07/30/2004. (Related Doc # 31) (Admin.) (Entered: 07/31/2004) |
| 07/30/2004 | ❶34 | BNC Certificate of Mailing - PDF Document. Service Date 07/30/2004. (Related Doc # 32) (Admin.) (Entered: 07/31/2004) |

| 08/11/2004 | ●35 | 426 (Dischargeability 523): Complaint by Phoebe Morse against Douglas Cox *to Deny Discharge* Fee Amount $0.00. Answer Due by:9/10/2004. U.S. Governmental Agency Answer due by 9/15/2004. (Attachments: # 1 Cover Sheet - Civil Action# 2 Exhibit) (DePasquale, Leonard). (Entered: 08/11/2004) |
|---|---|---|
| 08/12/2004 | ● | 727 Objection to discharge Flag Set (Geraghty, Amy) (Entered: 08/12/2004) |
| 08/18/2004 | ●36 | Motion Turnover of non exempt assets of the debtor Filed by Stacy B. Ferrara on behalf of Stacy B. Ferrara. Objections to Motion Due: 8/31/2004. (Ferrara, Stacy) (Entered: 08/18/2004) |
| 08/27/2004 | ●37 | Objection *to Trustee's Motion for Turnover* Filed by Debtor Douglas Cox re 36 Generic Motion filed by Trustee Stacy B. Ferrara). (Lefebvre, Christopher) (Entered: 08/27/2004) |
| 09/02/2004 | ●38 | Emergency Motion for Preliminary Injunction */Temporary Restraining Order* Filed by Stacy B. Ferrara on behalf of Stacy B. Ferrara. Objections to Motion Due: 9/15/2004. (Attachments: # 1 Affidavit of David Quinn# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H) (Ferrara, Stacy) (Entered: 09/02/2004) |
| 09/02/2004 | ●39 | Hearing Set (re: 38 Motion for Preliminary Injunction, filed by Trustee Stacy B. Ferrara). Hearing scheduled for 9/2/2004 at 02:30 PM at 6th Floor Courtroom. Telephone Notice given. (Geraghty, Amy) Modified on 9/2/2004 (McCurdy, Michelle). (Entered: 09/02/2004) |
| 09/02/2004 | ● | Hearing Held (related document(s)38 Motion for Preliminary Injunction, filed by Trustee Stacy B. Ferrara). APPEARANCES: Ferrara, DePasquale and Lefebvre . Court heard argument fron counsel. After argument, court issued TRO as requested by Trustee. Hearing on preliminary injunction is set for 9/8/04 at 1:00 if contested. (Geraghty, Amy) (Entered: 09/07/2004) |
| 09/03/2004 | ●40 | Application to Employ Stacy B. Ferrara as Counsel Filed by Stacy B. Ferrara on behalf of Stacy B. Ferrara. Declaration re: Electronic Filing, Form P.4 Due By: 9/20/2004. Objections to Motion Due: 9/16/2004. (Attachments: # 1 Affidavit) (Ferrara, Stacy) (Entered: 09/03/2004) |
| 09/03/2004 | ●41 | Proposed Order After Hearing Filed by Trustee Stacy B. Ferrara (related document(s)38 Motion for Preliminary Injunction, filed by Trustee Stacy B. Ferrara). Status Check Due by:9/8/2004. (Ferrara, Stacy) (Entered: 09/03/2004) |

| 09/07/2004 | ●42 | Order Granting Motion For Preliminary Injunction and setting hearing on preliminary injunction to 9/8/04 at 1:00p.m.(Related Doc # 38) . (Geraghty, Amy) (Entered: 09/07/2004) |
|---|---|---|
| 09/07/2004 | ●43 | Hearing Set re 42 Order granting TRO (Motion For Preliminary Injunction) re 38 Motion for Preliminary Injunction filed by Trustee Stacy B. Ferrara. Hearing scheduled for 9/8/2004 at 01:00 PM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 09/07/2004) |
| 09/09/2004 | ●44 | Amended Motion for Preliminary Injunction Filed by Stacy B. Ferrara on behalf of Stacy B. Ferrara. Objections to Motion Due: 9/22/2004. (Ferrara, Stacy) (Entered: 09/09/2004) |
| 09/09/2004 | ●45 | Proposed Order After Hearing Filed by Trustee Stacy B. Ferrara (related document(s)38 Motion for Preliminary Injunction, filed by Trustee Stacy B. Ferrara). Status Check Due by:9/14/2004. (Ferrara, Stacy) (Entered: 09/09/2004) |
| 09/09/2004 | ●46 | Hearing Held and Continued re (re: 38 Motion for Preliminary Injunction, filed by Trustee Stacy B. Ferrara, 42 Order on Motion For Preliminary Injunction). Appearances: Berman, DePasquale, Lefebvre and Ferrara. Ferrara called 1) Theresa Cook - cross by Lefebvre; 2) Charles Jones - cross by Lefebvre, cross by Berman, redirect by Ferrara, re-cross by Lefebvre; 3) James Judd - cross by Lefebvre; 4) Louis Silva Trustee marked exhibits 1-4. Matter continued for 9/22/2004 at 10:30 AM at 6th Floor Courtroom. PI shall remain in effect until continued hearing. Ferrara to submit order continuing prelim injunction. (Geraghty, Amy) (Entered: 09/09/2004) |
| 09/09/2004 | ●47 | AMENDED Continued Hearing Set (re: 38 Motion for Preliminary Injunction, filed by Trustee Stacy B. Ferrara, 42 Order on Motion For Preliminary Injunction). Hearing scheduled for 9/22/2004 at 10:30 AM at 6th Floor Courtroom. ** Please note time is 10:30 ** (Geraghty, Amy) (Entered: 09/09/2004) |
| 09/09/2004 | ●48 | BNC Certificate of Mailing - PDF Document. Service Date 09/09/2004. (Related Doc # 43) (Admin.) (Entered: 09/10/2004) |
| 09/09/2004 | ●49 | BNC Certificate of Mailing - PDF Document. Service Date 09/09/2004. (Related Doc # 42) (Admin.) (Entered: 09/10/2004) |
| 09/10/2004 | ●50 | Hearing Set (re: Amended 44 Motion for Preliminary Injunction filed by Trustee Stacy B. Ferrara). Hearing scheduled for 9/22/2004 at 10:30 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 09/10/2004) |

| 09/11/2004 | ●51 | BNC Certificate of Mailing - PDF Document. Service Date 09/11/2004. (Related Doc # 46) (Admin.) (Entered: 09/12/2004) |
| 09/11/2004 | ●52 | BNC Certificate of Mailing - PDF Document. Service Date 09/11/2004. (Related Doc # 47) (Admin.) (Entered: 09/12/2004) |
| 09/12/2004 | ●53 | BNC Certificate of Mailing - PDF Document. Service Date 09/12/2004. (Related Doc # 50) (Admin.) (Entered: 09/13/2004) |
| 09/13/2004 | ●54 | Hearing Set (re: 37 Objection filed by Debtor Douglas Cox, 36 Generic Motion filed by Trustee Stacy B. Ferrara). Hearing scheduled for 9/22/2004 at 10:30 AM at 6th Floor Courtroom. Joint pre-trial order due on 9/20/04. (Geraghty, Amy) (Entered: 09/13/2004) |
| 09/15/2004 | ●55 | BNC Certificate of Mailing - PDF Document. Service Date 09/15/2004. (Related Doc # 54) (Admin.) (Entered: 09/16/2004) |
| 09/20/2004 | ●56 | Order re: 38 Motion for Preliminary Injunction - restraining order to remain in effect until further court order - hearing on Trustee's Motion for Preliminary Injunction is continued to 9/22/04. (Geraghty, Amy) (Entered: 09/20/2004) |
| 09/20/2004 | ●57 | Order Granting Application to Employ Stacy Ferrara as attorney for the Trustee. (Related Doc # 40) . (Geraghty, Amy) (Entered: 09/20/2004) |
| 09/21/2004 | ●58 | Joint Pre-Trial Order Filed by Trustee Stacy B. Ferrara (related document(s)37 Objection filed by Debtor Douglas Cox, 36 Generic Motion filed by Trustee Stacy B. Ferrara). (Ferrara, Stacy) (Entered: 09/21/2004) |
| 09/22/2004 | ●59 | BNC Certificate of Mailing - PDF Document. Service Date 09/22/2004. (Related Doc # 57) (Admin.) (Entered: 09/23/2004) |
| 09/22/2004 | ●60 | BNC Certificate of Mailing - PDF Document. Service Date 09/22/2004. (Related Doc # 56) (Admin.) (Entered: 09/23/2004) |
| 09/22/2004 | ● | Hearing Held related document(s 38 Motion for Preliminary Injunction, filed by Trustee Stacy B. Ferrara, 37 Objection filed by Debtor Douglas Cox, 44 Amended Motion for Preliminary Injunction filed by Trustee Stacy B. Ferrara, 36 Motion for Turnover filed by Trustee Stacy B. Ferrara, 42 Order on Motion For Preliminary Injunction. APPEARANCES: Ferrara, Lefebvre, Berman, DePasquale . Ferrara gave opening statements regarding assets of the estate. Louis Silva called by Ferrara. Douglas Cox called by Ferrara. Terrance Mercer called by Ferrara, Cross by Lefebvre. After argument, Court |

issued decision that the Preliminary Injunction remains in effect; remainder of this matter shall be consolidated with pending 727 Complaint. Order Due by: 10/4/2004. (Cory, Lucinda) (Entered: 09/24/2004)

| | | |
|---|---|---|
| 09/27/2004 | 61 | Proposed Order After Hearing Filed by Trustee Stacy B. Ferrara (related document(s)38 Motion for Preliminary Injunction, filed by Trustee Stacy B. Ferrara, 44 Motion for Preliminary Injunction filed by Trustee Stacy B. Ferrara). Status Check Due by:10/4/2004. (Ferrara, Stacy) (Entered: 09/27/2004) |
| 09/28/2004 | 62 | Motion For Contempt Against Douglas Cox Filed by Stacy B. Ferrara on behalf of Stacy B. Ferrara. Objections to Motion Due: 10/12/2004. (Attachments: # 1 Affidavit Affidavit of Octavio Pereira) (Ferrara, Stacy) (Entered: 09/28/2004) |
| 09/29/2004 | 63 | Objection *to Trustee's Motion to Find Douglas Cox in Contempt* Filed by Debtor Douglas Cox re 62 Motion for Contempt filed by Trustee Stacy B. Ferrara. (Lefebvre, Christopher) (Entered: 09/29/2004) |
| 10/12/2004 | 64 | Declaration Re: Electronic Filing P4 (related document(s)62 Motion for Contempt filed by Trustee Stacy B. Ferrara). (Geraghty, Amy) (Entered: 10/12/2004) |
| 10/13/2004 | 65 | Order Granting Motion For Preliminary Injunction (Related Doc # 44) and 38 Motion for Preliminary Injunction, and consolidating 36 Motion for Turnover with the AP 04-1039. (Geraghty, Amy) (Entered: 10/13/2004) |
| 10/15/2004 | 66 | BNC Certificate of Mailing - PDF Document. Service Date 10/15/2004. (Admin.) (Entered: 10/16/2004) |
| 10/19/2004 | 67 | Response "Statement of Support" Filed by Creditor Albino Loureiro re 62 Motion for Contempt filed by Trustee Stacy B. Ferrara). Filed on 10/14/04. (Geraghty, Amy) Modified text on 10/19/2004 (Venuti, Jody). (Entered: 10/19/2004) |
| 10/19/2004 | 68 | Hearing Set (re: 62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 63 Objection filed by Debtor Douglas Cox, 67 Response filed by Creditor Albino Loureiro). Hearing scheduled for 11/4/2004 at 09:30 AM at 6th Floor Courtroom. ** Joint pre-trial order due on 11/1/04 ** (Geraghty, Amy) (Entered: 10/19/2004) |
| 10/19/2004 | 69 | Order Requiring Filing of Joint Pre-Trial Order from Debtor Douglas Cox , Trustee Stacy B. Ferrara (re 62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 63 Objection filed by Debtor Douglas Cox) |

| | | |
|---|---|---|
| | | Joint Pre-Trial Order Due By: 11/1/2004, hearing scheduled for 11/4/04 at 9:30. (Geraghty, Amy) Additional attachment(s) added on 10/19/2004 (Venuti, Jody). (Entered: 10/19/2004) |
| 10/19/2004 | ●70 | BNC Service of Document. (related document(s)69 Order Requiring Joint Pre-Trial Order, filed by Trustee Stacy B. Ferrara, Debtor Douglas Cox). (Geraghty, Amy) (Entered: 10/19/2004) |
| 10/21/2004 | ●71 | BNC Certificate of Mailing - PDF Document. Service Date 10/21/2004. (Admin.) (Entered: 10/22/2004) |
| 10/21/2004 | ●72 | BNC Certificate of Mailing - PDF Document. Service Date 10/21/2004. (Admin.) (Entered: 10/22/2004) |
| 10/28/2004 | ●73 | Joint Pre-Trial Order **With Exhibits** Filed by Trustee Stacy B. Ferrara (related document(s)62 Motion For Contempt (Attachments: # 1 Photographs# 2 Order) (Ferrara, Stacy) Modified linkage on 10/29/2004 (Venuti, Jody). (Entered: 10/28/2004) |
| 11/04/2004 | ●74 | Hearing Continued re 62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 63 Objection filed by Debtor Douglas Cox, 67 Response filed by Creditor Albino Loureiro. Appearances: Ferrara, DePasquale and Lefebvre. Ferrara said yesterday she received a bill of sale as discovery. Lefebvre said there was also a new witness listed. UST concurs. Matter continued to 11/17/2004 at 02:00 PM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 11/05/2004) |
| 11/07/2004 | ●75 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 74 Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 11/07/2004. (Admin.) (Entered: 11/08/2004) |
| 11/08/2004 | ●76 | Hearing Rescheduled (re: 62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 63 Objection filed by Debtor Douglas Cox, 67 Response filed by Creditor Albino Loureiro). Hearing scheduled for 11/23/2004 at 09:30 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 11/08/2004) |
| 11/10/2004 | ●77 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 76 Hearing, ) Service Date 11/10/2004. (Admin.) (Entered: 11/11/2004) |
| 11/19/2004 | ●78 | Notice of Denial of Discharge; See order entered on 11/3/04 re: AP 04-1039 . (Geraghty, Amy) (Entered: 11/19/2004) |
| 11/21/2004 | ●79 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 78 Notice of Denial of Discharge) Service Date |

| | | |
|---|---|---|
| | | 11/21/2004. (Admin.) (Entered: 11/22/2004) |
| 11/23/2004 | ●80 | Hearing held re 62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 63 Objection filed by Debtor Douglas Cox, 67 Response filed by Creditor Albino Loureiro. App: Ferrara, Lefebvre, US Trustee. Ferrara advised that all pending matters are being settled and there is a date of 11/29/04set for the turnover of limousines where Trustee and debtor's attorney will be present. All matters continued. Hearing scheduled for 12/1/2004 at 09:30 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 11/23/2004) |
| 11/23/2004 | ●81 | Hearing Set (re: 36 Motion for Turnover filed by Trustee Stacy B. Ferrara). Hearing scheduled for 12/1/2004 at 09:30 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 11/23/2004) |
| 11/24/2004 | ●82 | Motion to Continue Hearing Filed by Trustee Stacy B. Ferrara (related document(s)81 Hearing). (Ferrara, Stacy) (Entered: 11/24/2004) |
| 11/25/2004 | ●83 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 81 Hearing) Service Date 11/25/2004. (Admin.) (Entered: 11/26/2004) |
| 11/25/2004 | ●84 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 80 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 11/25/2004. (Admin.) (Entered: 11/26/2004) |
| 11/29/2004 | ●85 | Order Granting Motion To Continue/Reschedule Hearing On (Related Doc # 82) (related document(s)62 Motion for Contempt, 36 Generic Motion, 63 Objection, 67 Response). Hearing scheduled for 12/9/2004 at 09:30 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 11/29/2004) |
| 11/29/2004 | ●86 | Hearing Set (re: 62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 36 Generic Motion filed by Trustee Stacy B. Ferrara, 63 Objection filed by Debtor Douglas Cox, 67 Response filed by Creditor Albino Loureiro). Hearing scheduled for 12/9/2004 at 09:30 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 11/29/2004) |
| 12/01/2004 | ●87 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 85 Order on Motion to Continue/Reschedule Hearing, ) Service Date 12/01/2004. (Admin.) (Entered: 12/02/2004) |
| 12/01/2004 | ●88 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 86 Hearing, ) Service Date 12/01/2004. (Admin.) (Entered: 12/02/2004) |

| 12/06/2004 | ❏ | Adversary Case Closed. (Geraghty, Amy) (Entered: 12/06/2004) |
|---|---|---|
| 12/07/2004 | ●89 | Joint Pre-Trial Order **With Exhibits** Filed by Trustee Stacy B. Ferrara and Debtor Douglas Cox (related document(s)62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 73 Joint Pre-Trial Order filed by Trustee Stacy B. Ferrara). (Ferrara, Stacy) Modified party filers on 12/8/2004 (McCurdy, Michelle). (Entered: 12/07/2004) |
| 12/09/2004 | ●90 | Hearing Held and Continued (re: 62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 36 Generic Motion filed by Trustee Stacy B. Ferrara, 63 Objection filed by Debtor Douglas Cox, 67 Response filed by Creditor Albino Loureiro, 89 Joint Pre-Trial Order, filed by Trustee Stacy B. Ferrara, Debtor Douglas Cox). Apearances: Ferrara and Lefebvre. Ferrara gave background of case. After 2nd call the Court continued the matter to 12/14/04 at 9:30. Debtor, Douglas Cox, must appear at the hearing on the 14th. Hearing scheduled for 12/14/2004 at 09:30 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 12/09/2004) |
| 12/10/2004 | ●91 | Application to Employ Al Christofaro and Max Pollack & Co., Auctioneers, Ltd. as auctioneer Filed by Trustee Stacy B. Ferrara. Declaration re: Electronic Filing, Form P.4 Due By: 12/27/2004. Objections to Motion Due: 12/23/2004. (Attachments: # 1 Affidavit) (Ferrara, Stacy) (Entered: 12/10/2004) |
| 12/11/2004 | ●92 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 90 Hearing, , ) Service Date 12/11/2004. (Admin.) (Entered: 12/12/2004) |
| 12/14/2004 | ❏ | Hearing Held (related document(s)62 Motion for Contempt filed by Trustee Stacy B. Ferrara, 36 Generic Motion filed by Trustee Stacy B. Ferrara, 63 Objection filed by Debtor Douglas Cox, 67 Response filed by Creditor Albino Loureiro, 89 Joint Pre-Trial Order, filed by Trustee Stacy B. Ferrara, Debtor Douglas Cox). APPEARANCES: Ferrara, DePasquale and Lefebvre . Trustee made proffer - exhibits (1) order dated 9/20/04 (2) order granting preliminary injunction dated 9/13/04 (3) amended joint pretrial order (4) pictures of vending machines July 2004 (5) picture of vending machines damaged - All exhibits are full. Court made finding of contempt and made inference and finding from evidence that the debtor damaged the machines. Parties reached an agreement. Relief granted. Stipulation/order submitted by parties. (Geraghty, Amy) Modified date on 12/15/2004 (Venuti, Jody). (Entered: 12/15/2004) |
| 12/15/2004 | ●93 | Declaration Re: Electronic Filing P4 (related document(s)91 Application to Employ, filed by Trustee Stacy B. Ferrara). (Geraghty, |

| | | Amy) (Entered: 12/15/2004) |
|---|---|---|
| 12/15/2004 | ●94 | Application to Employ Manuel C. Ponte, Jr., and Irving, Shechtman & Co., Inc. as auctioneer Filed by Trustee Stacy B. Ferrara. Declaration re: Electronic Filing, Form P.4 Due By: 12/30/2004. Objections to Motion Due: 12/28/2004. (Attachments: # 1 Affidavit) (Ferrara, Stacy) (Entered: 12/15/2004) |
| 12/16/2004 | ●95 | Consent Order Adjudging Douglas Cox in Contempt (related document(s):62 Motion for Contempt) (Geraghty, Amy) Modified text on 12/17/2004 (Venuti, Jody). (Entered: 12/16/2004) |
| 12/16/2004 | ●96 | Judgment Order (re:95 Consent Order Adjudging in Contempt. (Geraghty, Amy) (Entered: 12/16/2004) |
| 12/16/2004 | ●97 | Conset Order Granting Motion, Granting Motion For Contempt (Related Doc # 62) and 36 Motion for turnover. (Geraghty, Amy) Additional attachment(s) added on 12/17/2004 (Venuti, Jody). (Entered: 12/16/2004) |
| 12/16/2004 | ●98 | Judgment Order (re:97 Order granting #62 Motion for Contempt and #36 Motion for Turnover) (Geraghty, Amy) (Entered: 12/16/2004) |
| 12/16/2004 | ●99 | Status Hearing Set (re95 Order Adjudging in Contempt and Order granting Motion for Turnover. Status hearing to be held on 2/17/2005 at 09:30 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 12/16/2004) |
| 12/18/2004 | ●100 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 96 Judgment Order (ap/bk)) Service Date 12/18/2004. (Admin.) (Entered: 12/19/2004) |
| 12/18/2004 | ●101 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 98 Judgment Order (ap/bk)) Service Date 12/18/2004. (Admin.) (Entered: 12/19/2004) |
| 12/18/2004 | ●102 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 99 Hearing (Bk)) Service Date 12/18/2004. (Admin.) (Entered: 12/19/2004) |
| 12/18/2004 | ●103 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 95 Order Adjudging in Contempt) Service Date 12/18/2004. (Admin.) (Entered: 12/19/2004) |
| 12/21/2004 | ●104 | Declaration Re: Electronic Filing P4 (related document(s)94 |

| | | Application to Employ filed by Trustee Stacy B. Ferrara). (Cory, Lucinda) (Entered: 12/21/2004) |
|---|---|---|
| 12/27/2004 | ●105 | Order Granting Application to Employ Al Christofaro and Max Pollack & Co., Auctioneers, Ltd. as Auctioneer (Related Doc # 91). (Davis, Jennifer) (Entered: 12/27/2004) |
| 12/29/2004 | ●106 | Order Granting Application to Employ M. C. Ponte and Irving, Shechtman & Co., Inc.(Related Doc # 94) . (Geraghty, Amy) (Entered: 12/29/2004) |
| 12/29/2004 | ●107 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 105 Order on Application to Employ) Service Date 12/29/2004. (Admin.) (Entered: 12/30/2004) |
| 12/31/2004 | ●108 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 106 Order on Application to Employ) Service Date 12/31/2004. (Admin.) (Entered: 01/01/2005) |
| 01/10/2005 | ●109 | Motion for Relief from Stay re:1997 Jeep Grand Cherokee Fee Amount $150, Filed by Creditor Autoone Acceptance Corporation. Objections to Motion Due: 1/24/2005. (Attachments: # 1 Affidavit 1997 Jeep Grand Cherokee) (Taft-Carter, Sarah) (Entered: 01/10/2005) |
| 01/10/2005 | 110 | Receipt of filing fee for Motion for Relief From Stay(1:03-bk-14294) [motion,mrlfsty] ( 150.00). Receipt number 257183, amount $ 150.00. (U.S. Treasury) (Entered: 01/10/2005) |
| 01/21/2005 | ●111 | Second Motion For Contempt Against Douglas Cox Filed by Trustee Stacy B. Ferrara. Objections to Motion Due: 2/3/2005. (Attachments: # 1 Consent Decree# 2 Affidavit of Stacy B. Ferrara) (Ferrara, Stacy) (Entered: 01/21/2005) |
| 01/25/2005 | ●112 | Order Granting (# 109)Motion For Relief From Stay by Auto One Acceptance Corp.. (DAgostino, Holly) (Entered: 01/25/2005) |
| 01/25/2005 | ●113 | Judgment Order (re:112 Order on Motion For Relief From Stay) (DAgostino, Holly) (Entered: 01/25/2005) |
| 01/27/2005 | ●114 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 112 Order on Motion For Relief From Stay) Service Date 01/27/2005. (Admin.) (Entered: 01/28/2005) |
| 01/27/2005 | ●115 | BNC Certificate of Mailing - PDF Document. (RE:related |

| | | documents(s) 113 Judgment Order (ap/bk)) Service Date 01/27/2005. (Admin.) (Entered: 01/28/2005) |
|---|---|---|
| 02/10/2005 | ❶116 | Hearing Set (re: 111 Motion for Contempt against Debtor Douglas Cox filed by Trustee Stacy B. Ferrara). Hearing scheduled for 2/17/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 02/10/2005) |
| 02/12/2005 | ❶117 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 116 Hearing) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 02/17/2005 | ❶ | Status Hearing Held (related document(s) 95 Order Adjudging in Contempt, and hearing held re 111 Second Motion for Contempt filed by Trustee Stacy B. Ferrara). APPEARANCES: Ferrara, Lefebvre, US Trustee . Ferrara said debtor has not made any payments pursuant to the Court Order. Trustee and Lefebvre advised the debtor will not be attending the hearing. Trustee requested sanctions per diem until compliance. US Trustee gave a position. Court ruled that for failure to pay, the debtor is found in contempt of the order. Issue is certified to the US District Court for further action. Trustee to submit an order. Order Due by: 2/28/2005. (Cory, Lucinda) (Entered: 02/17/2005) |
| 02/18/2005 | ❶118 | Proposed Order After Hearing Filed by Trustee Stacy B. Ferrara (related document(s)111 Motion for Contempt filed by Trustee Stacy B. Ferrara). Status Check Due by:2/23/2005. (Ferrara, Stacy) (Entered: 02/18/2005) |
| 02/25/2005 | ❶119 | Order Granting Motion For Contempt (Related Doc # 111) . (DAgostino, Holly) (Entered: 02/25/2005) |
| 02/25/2005 | ❶120 | Judgment Order (re:119 Order on Motion for Contempt) (DAgostino, Holly) (Entered: 02/25/2005) |
| 02/27/2005 | ❶121 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 120 Judgment Order (ap/bk)) Service Date 02/27/2005. (Admin.) (Entered: 02/28/2005) |
| 02/27/2005 | ❶122 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 119 Order on Motion for Contempt) Service Date 02/27/2005. (Admin.) (Entered: 02/28/2005) |

**1:03-bk-14294** Douglas Cox
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Arthur N. Votolato
**Date filed:** 12/18/2003 **Date of last filing:** 02/27/2005

# Parties

**Autoone Acceptance Corporation**
PO Box 1472
Minneapolis, MN 55440-1472
*Added: 06/01/2004*
*(Creditor)*

represented by

**Sarah Taft-Carter**
Taft & McSally
21 Garden City Drive
PO Box 20130
Cranston, RI 02920
(401) 946-3800
staftcarter@ids.net
*Assigned: 01/10/05*

**Al Christofaro**
Max Pollack & Co., Auctioneers, Ltd.
475 Harris Avenue
Providence, RI 02909
(401) 331-6950
*Added: 12/27/2004*
*(Auctioneer)*

**Douglas Cox**
75 Dewey Avenue
East Providence, RI 02914
█████████ *: 12/18/2003*
*(Debtor)*

represented by

**Christopher Lefebvre**
Law Office of Claude Lefebvre & Sons
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
clbankrupt@aol.com
*Assigned: 12/18/03*

**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551
ustpregion01.pr.ecf@usdoj.gov
*Added: 12/18/2003*
*(U.S. Trustee)*

**Stacy B. Ferrara**
505 Tiogue Avenue
Suite B
Coventry, RI 02816
(401) 823-7991
stacyferrara@earthlink.net
*Added: 12/18/2003*

represented by

**Stacy B. Ferrara**
Suite B
505 Tiogue Avenue
Coventry, RI 02816
(401) 823-7991
stacyferrara@earthlink.net
*Assigned: 09/20/04*

     3/2/2005 11:20 AM

*(Trustee)*

**Albino Loureiro**
*Added: 03/08/2004*
*(Creditor)*

                                                    *LEAD ATTORNEY*

                                                    **Theodore Orson**
                                                    55 Dorrance Street
                                                    Providence, RI 02903
                              represented by       (401) 223-2100
                                                    861-2922 (fax)
                                                    *Assigned: 03/08/04*
                                                    *LEAD ATTORNEY*

**M. C. Ponte**
Irving Shechtman & Co
141 Power Road
Pawtucket, RI 02860
*Added: 12/29/2004*
*(Auctioneer)*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE:
DOUGLAS COX                    :          BK NO: 03-14294
                Debtor         :          CHAPTER 7
                               :
                               :

## ORDER

The above matter came before the Court on the 17th day of February, 2005 on the

Trustee's Second Motion to find Douglas Cox in Contempt, and after hearing thereon, and no

objection having been filed thereto, and in consideration thereof, its is hereby

ORDERED, ADJUDGED, AND DECREED

that the following findings of facts and conclusions of law are made:

1. On September 28, 2004, the Trustee filed a Motion to hold the Debtor, Douglas Cox,

in contempt for failure to abide by this Court's prior order regarding the delivery of certain

vending machines to the Trustee; and

2. On December 16, 2004, the Debtor and the Trustee executed a Consent Order in open

Court in which provided that the Debtor, Douglas Cox, consented to a finding of contempt, and

agreed to make payment to the Trustee, Stacy B. Ferrara,  equal to $5,000.00 no later than

January 14, 2005 to purge his contempt, and the balance of $2,975.00 to be paid no later than

February 14, 2005 (the "Consent Order"); and

3. The Debtor, Douglas Cox, was present in the court room when the Consent Order was

entered by this Court; and

4. The Debtor, Douglas Cox, personally signed the Consent Order to which the Trustee

seeks to hold the Debtor in contempt; and

5. The Debtor received notice of the hearing relevant to the pending motion, yet failed to

appear before the Court; and

6. Based upon the uncontradicted testimony of the Trustee, Stacy B. Ferrara, the Debtor

has failed to make any payments whatsoever to the Trustee; and

7. Based upon the foregoing, this Court finds the Debtor, Douglas Cox, in contempt of

this Court, to wit, he has disobeyed his obligation and order to pay the Trustee the sum of

$7,975.00 in total on or before February 14, 2005; and

IN RE: DOUGLAS COX
BK NO: 03-14294

8.  The within matter is hereby referred to the United States Federal District Court for the

District of Rhode Island for enforcement, and for those other actions it deems just.

Entered this _25th_ day of February, 2005.

_____          _____
The Honorable Arthur N. Votolato        Clerk

Presented by:
Stacy B. Ferrara, Esquire $#4344
505 Tiogue Avenue, Suite B
Coventry, RI 02816
(401) 823-7991

**Entered on docket**
**Date:** _2/25/05_

ADMINISTRATIVE GENERAL ORDER-- FORM B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - - - - - - - *
In re:                                 :
DOUGLAS COX                                        BK No.  03-14294
            Debtor(s)              :                Chapter 7
- - - - - - - - - - - - - - - - - - - - - - - - - *

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2005, I electronically filed an Order with the Clerk of

the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following

participants have received notice electronically: US Trustee; Christopher Lefebvre; Peter Berman;

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the

document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:

Theodore Orson
55 Dorrance Street
Providence, RI 02903

/s/ Sherri-Lynn M. Faria

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

Douglas Cox

     Debtor(s)

BK No. **1:03-bk-14294**

Chapter **7**

Judge: **Arthur N. Votolato**

## *JUDGMENT*

Pursuant to the order entered this date, judgment is hereby entered regarding;

**119 - Order Granting Motion For Contempt (Related Doc # [111]) .**

Judgment #: 1:03−bk−14294 − 120 − 119

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **2/25/05**
Document Number: **120 - 119**

By: **HAD**
Deputy Clerk

judgement.jsp #404

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

IN RE:
DOUGLAS COX                     :          BK NO: 03-14294
      Debtor                :          CHAPTER 7

### TRUSTEE'S SECOND MOTION TO FIND DOUGLAS COX IN CONTEMPT

Now comes Stacy B. Ferrara, Chapter 7 Trustee, and states as follows:

1.  The above Debtor filed a Chapter 7 petition on December 18, 2003, and Stacy B. Ferrara
    was appointed the Chapter 7 Trustee.

2.  On or about August 18, 2004, the Trustee filed a Motion for Turnover pursuant to 11
    USC §542 with this Court seeking possession of various property not disclosed in the
    Debtor's bankruptcy petition, including, but not limited to five (5) vending machines (the
    "Machines").

3.  Subsequent thereto, the Trustee filed a Motion for Temporary Restraining Order and
    Preliminary Injunction seeking possession of the Machines until such time as the Trustee
    could be heard on her Motion for Turnover.

4.  On Wednesday, September 22, 2004, after hearing thereon, Justice Votolato granted the
    Trustee's Motion for Preliminary Injunction, and ordered that the Trustee take immediate
    possession of the Machines, and that the Debtor not interfere with the Trustee taking
    possession of the same.  At that time, counsel for the Debtor acknowledged that the
    Debtor remained in possession of the Machines at his place of business at 196 West Park
    Street, Providence, Rhode Island, and that he would cooperate with the Trustee to
    turnover the same.   At the September 22, 2004 hearing, the Court instructed counsel to
    arrange the transfer of the Machines.

5.    The Trustee then retained the services of Max Pollock & Co. to take possession of the Machines only to find the Machines mutilated and scattered in the road in front of the Debtor's business location.

6.    The Trustee immediately filed a Motion to find the Debtor in Contempt of the Court's prior Order for turnover, and the parties executed the attached Consent Decree in which the Debtor stipulated to a finding of contempt relative to the turnover of the Machines, and further consented to make payment of $3,000.00 to the Trustee to compensate the estate for the value of the damaged vending machines, and an additional $4,975.00 to compensate the estate for the expenses incurred by Max Pollock & Co, and the Trustee. A copy of the Consent Decree is attached hereto and made part hereof.

7.    The aforementioned Consent Decree which was entered by the Court on December 16, 2004, further provided for payment to the Trustee of $5,000.00 no later than January 14, 2005 to purge the contempt, and the balance of $2,9756.00 no later than February 14, 2005.

8.    On Wednesday, January 12, 205, the Trustee faxed counsel for the Debtor to remind the Debtor of the payment due the Trustee on or before January 14, 2005.

9.    As per the attached affidavit of the undersigned, the Debtor has failed to make any payment to the Trustee as per the Court's prior Order.

        WHEREFORE, the Trustee seeks an Order from this Court finding the Debtor, Douglas Cox, in contempt of this Court's prior Consent Decree entered on December 14, 2004 which provides for payment the Trustee on or before January 14, 2005 and further seeks an Order from

this Court imposing sanctions equal to $100.00 per day for every day in which the Debtor fails to

comply with the Court's prior Order.

DATED:  January 21, 2005                    Respectfully submitted,


                                            /s/ Stacy B. Ferrara
                                            STACY B. FERRARA, ESQ #4344
                                            475 Tiogue Avenue, Suite 3
                                            Coventry, RI 029816
                                            Tel: (401) 823-7991
                                            Fax: (401) 823-4040

**ADMINISTRATIVE GENERAL ORDER-- FORM B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - - - - - - - *
In re:                              :
DOUGLAS COX                                    BK No. 03-14294
            Debtor(s)              :           Chapter 7
- - - - - - - - - - - - - - - - - - - - - - - - - *

### CERTIFICATE OF SERVICE

I hereby certify that on <u>January 20, 2005,</u> I electronically filed Motion for Contempt with the

Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The

following participants have received notice electronically: <u>US Trustee; Christopher Lefebvre; Peter</u>

<u>Berman</u>; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid,

the document and a copy of the Notice of Electronic Filing to the following non CM/ECF

participants:

Theodore Orson
55 Dorrance Street
Providence, RI 02903

                         <u>/s/ Sherri-Lynn M. Faria</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**FILED IN OPEN COURT**

Date: _12-14-04_ Time: _9.30 AM_

Sign: _____

IN RE:
**DOUGLAS COX**              :          BK NO: 03-14294
            **Debtor**        :          **CHAPTER 7**

<u>**CONSENT DECREE**</u>

The within matter came before the Court on the 14th day of December, 2004 on the

Trustee's Motion for Contempt against the within Debtor, and undersigned hereby consent to the

following:

1.  The Debtor hereby stipulates that he is in contempt of this Court' prior order dated

October 13, 2004 relative to the turnover of five (5) vending machines.  The undersigned further

consent that the Debtor may purge his contempt by making payment of $3,000.00 to the Trustee

to compensate the estate for the value of the damaged vending machines, and an additional

$4,975.00 to compensate the estate for the expenses incurred by the estate and due Max Pollock

& Co. and the Trustee, ($1,975.00 due Max Pollock & Co and $3,000.00 due the Trustee for her

time involved in the prosecution of her Contempt Motion.)  Said payment of the sum of

~~$7,975.00~~ *5,000.00* shall be paid to the Trustee in the form of money order or bank check no later than

**January 14, 2005** to purge said Contempt. *The balance of $2975.00 shall be remitted to The Trustee no later than Feb 14. 2005.* This matter shall be continued for review before this

Court on ~~January 18~~, *Feb. 17* 2005 unless the Trustee provides the Court verification that said payments

has been timely tendered; and

2.  The Debtor waives any right in and to the aforementioned vending machines; and

3.  The Trustee's Motion for Turnover and Amended Motion for Turnover may be

granted and considered satisfied by the Debtor's delivery of the black 1951 Cadillac; 1950 white

Cadillac; Black 1960's Cadillac; and Black 1970's Cadillac to Max Pollock & Co., and the

undersigned hereby acknowledge that the Trustee is in receipt of the aforementioned vehicles.

However, the Trustee reserves her right to seek possession of the memorabilia and baseball cards asserted in said Motions despite the Debtor's assertion that said items are not owned by him; and

4. The Debtor hereby waives all rights to the aforementioned vehicles recited in paragraph 3 herein, and the vehicles already in the Trustee's possession (1996 Cadillac Fleetwood limousine and 1994 Cadillac Fleetwood Sedan). The Debtor further acknowledges that all vehicles may be sold by the Trustee for payment to creditors; and

5. The parties hereto acknowledge that the Debtor has provided the Trustee copies of the bank statements relevant to bank accounts at Citizen's Bank: account ##1117-410-2 Antique Limo's LLC later changed to Antique Symphony Kasmir Limousine; #1117-433-1 Antique Limo's LLC d/b/a Symphony Limousine; #1110-142-3 Antique Limo's LLC; #1493-613-5A. Kasmir Limousine; and #312-449-5 Symphony Limousine, Inc., and the balances in said accounts as of December 24, 2003 are either negative or deminimis.

Entered this 14th day of December, 2004.

_____
The Honorable Arthur N. Votolato

Agreed to in form and substance:

_____
STACY B. FERRARA, ESQ #4344
475 Tiogue Avenue, Suite 3
Coventry, RI 029816
Tel: (401) 823-7991
Fax: (401) 823-4040

Entered on docket:
12/16/04

_____
Clerk
12/16/04

_____
CHRISTOPHER LEFEBVRE, ESQ.
Law Office of Claude Lefebvre & Sons
PO Box 479
Pawtucket, Rhode Island 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

_____
Douglas Cox

J# 03-14294-ans-q5-62 ¤ 36

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

IN RE:
**DOUGLAS COX**          :          **BK NO: 03-14294**
         **Debtor**          :          **CHAPTER 7**

### AFFIDAVIT OF PROPOSED COUNSEL

I, Stacy B. Ferrara, Esquire, on oath depose and say as follows:

1.    I am an attorney and the Court appointed Chapter 7 Trustee in the above matter.

2.    I have personal knowledge of the books and records relevant to the above bankruptcy.

3.    As of the date of this affidavit, I have not received any payments from the Debtor or anyone on behalf of the Debtor, as agreed by the parties and ordered by the Bankruptcy Court in the above matter.

/s/ Stacy B. Ferrara
Stacy B. Ferrara, Esq. #4344
Coventry Commons
475 Tiogue Avenue, Suite 3
Coventry, Rhode Island 02816
Phone: (401) 823-7991
Fax:  (401) 823-4040

Subscribed and sworn to before me this 21st day of January, 2005.

/s/ Sherri-Lynn M. Faria
Notary Public: Sherri-Lynn M. Faria
My Commission Expires: 9/11/05

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**FILED IN OPEN COURT**

Date: _12-14-04_ Time: _9:36 AM_
Sign: _JC_

IN RE:
DOUGLAS COX                    :        BK NO: 03-14294
            Debtor             :        CHAPTER 7

**CONSENT DECREE**

The within matter came before the Court on the 14th day of December, 2004 on the

Trustee's Motion for Contempt against the within Debtor, and undersigned hereby consent to the

following:

1. The Debtor hereby stipulates that he is in contempt of this Court' prior order dated

October 13, 2004 relative to the turnover of five (5) vending machines. The undersigned further

consent that the Debtor may purge his contempt by making payment of $3,000.00 to the Trustee

to compensate the estate for the value of the damaged vending machines, and an additional

$4,975.00 to compensate the estate for the expenses incurred by the estate and due Max Pollock

& Co. and the Trustee, ($1,975.00 due Max Pollock & Co and $3,000.00 due the Trustee for her

time involved in the prosecution of her Contempt Motion.) Said payment of the sum of

~~$7,975.00~~ $5,000.00 shall be paid to the Trustee in the form of money order or bank check no later than

The balance of $2,975.00 shall be remitted to

January 14, 2005 to purge said Contempt. This matter shall be continued for review before this The

Court on ~~January 18~~, Feb. 17 2005 unless the Trustee provides the Court verification that said payments Trustee no later

has been timely tendered; and                                                                                  than

Feb 14. 200_.

2. The Debtor waives any right in and to the aforementioned vending machines; and                              DWC

3. The Trustee's Motion for Turnover and Amended Motion for Turnover may be

granted and considered satisfied by the Debtor's delivery of the black 1951 Cadillac; 1950 white

Cadillac; Black 1960's Cadillac; and Black 1970's Cadillac to Max Pollock & Co., and the

undersigned hereby acknowledge that the Trustee is in receipt of the aforementioned vehicles.

However, the Trustee reserves her right to seek possession of the memorabilia and baseball cards asserted in said Motions despite the Debtor's assertion that said items are not owned by him; and

4. The Debtor hereby waives all rights to the aforementioned vehicles recited in paragraph 3 herein, and the vehicles already in the Trustee's possession (1996 Cadillac Fleetwood limousine and 1994 Cadillac Fleetwood Sedan). The Debtor further acknowledges that all vehicles may be sold by the Trustee for payment to creditors; and

5. The parties hereto acknowledge that the Debtor has provided the Trustee copies of the bank statements relevant to bank accounts at Citizen's Bank: account ##1117-410-2 Antique Limo's LLC later changed to Antique Symphony Kasmir Limousine; #1117-433-1 Antique Limo's LLC d/b/a Symphony Limousine; #1110-142-3 Antique Limo's LLC; #1493-613-5A. Kasmir Limousine; and #312-449-5 Symphony Limousine, Inc., and the balances in said accounts as of December 24, 2003 are either negative or deminimis.

Entered this _14th_ day of December, 2004.

_____
The Honorable Arthur N. Votolato

Agreed to in form and substance:

_____
STACY B. FERRARA, ESQ #4344
475 Tiogue Avenue, Suite 3
Coventry, RI 029816
Tel: (401) 823-7991
Fax: (401) 823-4040

Entered on docket: 12/16/04

_____
Clerk   12/16/04

_____
CHRISTOPHER LEFEBVRE, ESQ.
Law Office of Claude Lefebvre & Sons
PO Box 479
Pawtucket, Rhode Island 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

_____
Douglas Cox

J# 03-14294-ans-q5-

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

Douglas Cox

    Debtor(s)

BK No. **1:03-bk-14294**

Chapter **7**

Judge: **Arthur N. Votolato**

### *JUDGMENT*

Pursuant to the order entered this date, judgment is hereby entered regarding;

**97 - Consent Order Granting Motion, Granting Motion For Contempt (Related Doc # [62]) and [36] Motion for turnover.**

Judgment #: 1:03−bk−14294 − 98 − 97

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **12/16/04**
Document Number: *98 - 97*

By: **ANG**
Deputy Clerk

judgement.jsp #404

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND


IN RE:

DOUGLAS COX                          :          BK NO: 03-14294

          Debtor                     :          CHAPTER 7


### TRUSTEE'S MOTION TO FIND DOUGLAS COX IN CONTEMPT

Now comes Stacy B. Ferrara, Chapter 7 Trustee, and states as follows:

1.    The above Debtor filed a Chapter 7 petition on December 18, 2003, and Stacy B. Ferrara

was appointed the Chapter 7 Trustee.

2.    On or about August 18, 2004, the Trustee filed a Motion for Turnover pursuant to 11

USC §542 with this Court seeking possession of various property not disclosed in the Debtor's

bankruptcy petition, including, but not limited to, five (5) vending machines (the "Machines").

3.    Subsequent thereto, the Trustee filed a Motion for Temporary Restraining Order and

Preliminary Injunction seeking possession of the Machines until such time as the Trustee could be

heard on her Motion for Turnover.

4.    On Wednesday, September 22, 2004, after hearing thereon, Justice Votolato granted the

Trustee's Motion for Preliminary Injunction, and ordered that the Trustee take immediate

possession of the Machines, and that the Debtor not interfere with the Trustee taking possession

of the same.  At that time, counsel for the Debtor acknowledged that the Debtor remained in

possession of the Machines at his place of business at 196 West Park Street, Providence, Rhode

Island, and that he would cooperate with the Trustee to turnover the same.   At the September

22, 2004 hearing, the Court instructed counsel to arrange the transfer of the Machines.

5.      As per this Court's Order, on Friday, September 24, 2004, the Trustee spoke with

counsel for the Debtor, Christopher Lefebrve, regarding the wording of the Order to be entered

with the Court, and the time in which the Trustee should send someone to take possession of the

Machines. The Trustee was advised that the Debtor would make the Machines available to the

Trustee between 10:00 am and 2:00 pm on Friday, September 24, 2004.

6.      Immediately thereafter, an employee from Max Pollack & Company went to 196 West

Park Street, Providence, Rhode Island at 12:00 noon to obtain possession of the Machines only to

find the five (5) vending machines smashed on the sidewalk and in the street.

7.      According to the affidavit of Mr. Pereira, which is attached hereto as Exhibit "A", at 12:00

noon on Friday, September 24, 2004, he went to 196 Park Street, Providence, Rhode Island to

take possession of the Machines. He knocked on all the doors to try and speak with someone, but

no one answered the door. He found the five (5) vending machines smashed in the street and on

the sidewalk. The doors to three (3) of the machines were broken and the other machines were

smashed with crow bar marks on them. Mr. Pereira took pictures of the Machines and brought

them back to the office of Max Pollack & Co.

8.      The Trustee has filed a police report with the Providence Police Department regarding the

above.

        WHEREFORE, the Trustee seeks an Order from this Court finding the Debtor, Douglas

Cox, in contempt of this Court's prior Order, and that this Court

        A. impose sanctions against the Debtor for his obvious disregard for this Court and its

authority; and

        B. order that the Debtor make immediate payment to the Trustee equal to the value of the

Machines to be determined by the Bankruptcy Court; and

C. order that the Debtor make immediate payment to the Trustee for the value of the

services rendered by Max Pollack & Co. and herself as a result of the Debtor's conduct.

DATED: September 28, 2004                    Respectfully submitted,

/s/ Stacy B. Ferrara
STACY B. FERRARA, ESQ #4344
475 Tiogue Avenue, Suite 3
Coventry, RI 029816
Tel: (401) 823-7991
Fax: (401) 823-4040

**ADMINISTRATIVE GENERAL ORDER-- FORM B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - - - - - - - - *
In re:                                    :
DOUGLAS COX                                          BK No.  03-14294
        Debtor(s)           :              Chapter 7
- - - - - - - - - - - - - - - - - - - - - - - - - - *

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2004, I electronically filed Motion for Contempt with

the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The

following participants have received notice electronically: US Trustee; Christopher Lefebvre; Peter

Berman; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid,

the document and a copy of the Notice of Electronic Filing to the following non CM/ECF

participants:

Theodore Orson
55 Dorrance Street
Providence, RI 02903

/s/ Sherri-Lynn M. Faria

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

IN RE:                             :
**DOUGLAS COX**                    :          **BK NO: 03-14294**
   **Debtor**      :          **CHAPTER 7**

### AFFIDAVIT OF OCTAVIO PEREIRA

I, Octavio Pereira, under oath, depose and state as follows:

1. I am a Rhode Island resident in Providence, Rhode Island.

2. I am an employee of Max Pollack & Co. located in Providence, Rhode Island.

3. At the direction of Robert Resnick, on Friday, September 24, 2004, I traveled to 196 West Park Street, Providence, Rhode Island to obtain possession of five (5) vending machines.

4. At approximately 12:00 noon, I approached the subject building and found five (5) black vending machines smashed in the street and on the sidewalk. The doors to three (3) of the Machines were broken open and the other two (2) machines were smashed with crow bar marks on them.

5. I approached the building and knocked on the doors to the building, and no one came to the door.

6. I took possession of the machines at that time and delivered them to the office of Max Pollack & Co. in Providence, RI.

7. I have taken pictures of the Machines and have provided them to Attorney Stacy B. Ferrara.

          _____
          Octavio Pereira

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, in said County on the 24th day of September, 2004, before me personally appeared Octavio Pereira known to me known, and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed to be his free act and deed.

        _____, notary public
        Notary Public
        My Commission Expires:  7/31/05