**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Re: Douglas Cox

CA NO. 05-99L

**SHOW CAUSE ORDER**

The debtor (Douglas Cox) shall show cause on **March 31, 2005** at 2:00 pm at the United States District Court, One Exchange Terrace, Providence, RI 02903, Courtroom 4, as to why he should not be held in contempt in accordance with a Bankruptcy Order issued by Judge Votolato on February 25, 2005.

BY ORDER,

*Barbara J. Gilfillan*
Deputy Clerk

ENTER:

Ronald R. Lagueux

**Senior US DISTRICT JUDGE**
**Ronald R. Lagueux**
Dated: 3/14/05

2