UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED APR 06 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

IN RE:
DOUGLAS COX : CA NO: 05-99-L
:

ORDER

The above matter came before the Honorable ~~Justice~~ JUDGE Lagueux on the 31st day of March, 2005 on the Court's Order to Show Cause why the Debtor should not be held in contempt in accordance with a Bankruptcy Court Order issued by Judge Votolato on February 25, 2005, and after hearing thereon, and in consideration thereof, its is hereby

ORDERED, ADJUDGED, AND DECREED

1. That Mr. Cox is indebted to the bankruptcy estate (In re: Douglas Cox, BK No 03-14294) in the sum of $9,000.00. Said amount consists of $7,975.00 as ordered by Judge Votolato on December 14, 2004, and the sum of $1,025.00 as ordered by this Court to reimburse the bankruptcy estate for the attorney's fees incurred by the Trustee in connection with her enforcement of the December 14, 2004 Order; and

2. That Mr. Cox shall make payment to the Trustee of the sum of $9,000.00 according to the following payment schedule: $1,000.00 per month to the Office of Stacy B. Ferrara at 505 Tiogue Avenue, Suite B, Coventry, Rhode Island, by certified check or money order, commencing May 1, 2005 and the first of every month thereafter, until such time as the sum of $9,000.00 is paid in full.

3. That failure to make any of the aforementioned payments timely shall constitute grounds for civil contempt, and/or subject Mr. Cox to additional fees, costs and/or sanctions that this Court deems meet and just.

ENTERED as an Order of this Court this 7 day of April, 2005.

ENTER:

Ronald R. Lagueux
The Honorable Ronald R. Lagueux
Senior US District Court Judge 4/6/05

Clerk

Presented by:
Stacy B. Ferrara, Esquire $#4344
505 Tiogue Avenue, Suite B
Coventry, RI 02816
Tel. (401) 823-7991

1:20

5